**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Lynn DRAKE, also known as Lynn Kennedy, Defendant–Appellant.**

No. 05–41051
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Ernest Gonzalez, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Gerald W. Cobb, Philips & Hopkins, Denton, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Lynn Drake has moved for leave to withdraw from representation and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Drake has not filed a response. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this AP-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

